UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| LISA MONTAGNA : | Crim. No. 03-786 (FSH) |

This matter having been opened to the Court upon the application of the United States of America, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Lisa Montagna ("Defendant") (Lisa Mack, Assistant Federal Public Defender, appearing for Defendant); and the Court having heard arguments of counsel on the record; and for good cause shown,

IT IS on this 6th day of July, 2009

ORDERED that, the hearing on Defendant's violation of supervised release is hereby ADJOURNED until further order of the Court; and it is further,

ORDERED that, Defendant shall, by no later than July 1, 2009, make available to U.S. Probation Officer Patrick T. Hattersley, or such other representative of the United States Probation Office as may be appropriate, the following documents and records for inspection and copying: (i) any and all documents, records, and account statements for credit accounts in the name of Circuit Marketing or credit accounts otherwise concerning or relating to Circuit Marketing; (ii) any and all tax records, whether final or in draft form, concerning or relating to Circuit Marketing; and (iii) any and all documents, records, account ledgers, balance sheets, or profit and loss statements concerning or relating to Circuit Marketing; and it is further,

ORDERED that, Defendant shall, except under the conditions set forth in this Order, cease and desist use of any and all credit accounts in the name of Circuit Marketing or which otherwise concern or relate to Circuit Marketing; and it is further,

ORDERED that, Defendant shall consult with U.S. Probation Officer Patrick T. Hattersley, or such other representative of the United States Probation Office as may be appropriate, and obtain prior authorization for any and all charges to any and all credit accounts in the name of Circuit Marketing, or which otherwise concern or relate to Circuit Marketing, before accumulating any additional debt on such credit accounts; and it is further,

ORDERED that, Defendant shall continue compliance with all additional requirements imposed as conditions of Defendant's current supervised release.

        /s/ Faith S. Hochberg
HONORABLE FAITH S. HOCHBERG
United States District Judge