PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Lisa Montagna

Cr.: 2:03cr786
PACTS #: 37590

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 01/24/05

Original Offense: Wire Fraud

Original Sentence: 37 months imprisonment and three years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/09/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender was ordered to pay $325,946.13 in restitution to the victims in monthly installments of $500 per month. On September 15, 2009, the payment plan was reduced to $175 per month. Since her hearing, the offender has submitted eleven (11) payments of $175.00. The probation office has reviewed the offender's finances and determined she can not afford to pay any additional monies towards restitution. Her outstanding restitution balance remains $320,886.40. |

U.S. Probation Officer Action:

The United States Attorney's Office - Financial Litigation Unit has been apprised of the offender's situation and are taking action to monitor and collect the remaining restitution balance. With this step in place, it is recommended the offender be permitted to expire from probation without further action.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 10/15/10

7JU

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

10/20/2010
_____
Date