UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 03-786 (FSH) |
| v. | : | |
| LISA MONTAGNA,<br>Defendant. | : | ORDER WAIVING COSTS OF<br>ELECTRONIC MONITORING |

THIS matter having come before the Court on the application of the defendant Lisa Montagna, (Lisa M. Mack, Assistant Federal Public Defender, appearing), for an order waiving the costs of electronic monitoring, and with no objection by the United States (as per Assistant United States Attorney André Espinosa) or Probation (as per Patrick Hattersley), and the Court finding that the defendant is unable to pay these costs and fully comply with the order of restitution, and for good cause shown,

IT IS on this 2nd day of ~~February~~ March, 2011, ORDERED that the costs of electronic monitoring previously imposed upon Lisa Montagna by this Court be and hereby are WAIVED.

_____
Faith S. Hochberg