PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Hon. Faith S. Hochberg |
| | *Plaintiff,* | Criminal No. 03-786 |
| v. | | ORDER |
| LISA MONTAGNA, | | |
| | *Defendant,* | |
| and | | |
| BUDGET RENTAL, and its successors or assigns, | | |
| | *Garnishee.* | |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 29th day of February, 2012

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

HON. FAITH S. HOCHBERG
Judge, U.S. District Court